IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-81-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JERMAINE JOHNSON, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion to correct clear error of law [D.E. 81] and motion for rights to be determined [D.E. 82]. The response is due not later than February 22, 2019.

SO ORDERED. This 22 day of January 2019.

JAMES C. DEVER III
United States District Judge