IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-81-D

UNITED STATES OF AMERICA,          )
                                   )
          v.                       )          **ORDER**
                                   )
JERMAINE LAWRENCE JOHNSON,         )
                                   )
                    Defendant.     )

The United States shall file a response to defendant's motion to reduce sentence [D.E. 90].

The response is due not later than August 28, 2020.

SO ORDERED. This 4 day of August 2020.

JAMES C. DEVER III
United States District Judge