IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-81-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JERMAINE LAWRENCE JOHNSON, ) | |
| ) | |
| Defendant. ) | |

The United States shall advise the court whether Jermaine Lawrence Johnson has been released. If Johnson has been released, the United States shall advise whether Johnson's motion is moot in light of his request for release. See [D.E. 90]. The response is due not later than October 16, 2020.

SO ORDERED. This 5 day of October 2020.

JAMES C. DEVER III
United States District Judge