IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-81-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JERMAINE LAWRENCE JOHNSON, ) | |
| ) | |
| Defendant. ) | |

On June 8, 2020, Jermaine Lawrence Johnson ("Johnson" or "defendant") moved pro se "for credit for time served." See [D.E. 90]. On February 23, 2021, Johnson was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Jermaine Lawrence Johnson") (last visited Feb. 25, 2021). In light of defendant's release, the motion for a reduction of sentence [D.E. 90] is DISMISSED AS MOOT.

SO ORDERED. This 25 day of February 2021.

JAMES C. DEVER III
United States District Judge