UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jermaine Lawrence Johnson          Docket No. 5:16-CR-81-1D

### Petition for Action on Supervised Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jermaine Lawrence Johnson, who, upon an earlier plea of guilty to Distribution and Possession With the Intent to Distribute a Quantity of Cocaine, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 5, 2017, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jermaine Lawrence Johnson was released from custody on February 23, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has maintained full compliance since his release from custody. As a component of the U.S. Probation Office's Early Termination Policy, the defendant has agreed to participate in a cognitive behavioral treatment program in order to assist with continued positive thinking patterns. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is
                                      true and correct.

/s/ Maurice J. Foy                    /s/ Taylor R. O'Neil
Maurice J. Foy                        Taylor R. O'Neil
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      310 New Bern Avenue, Room 610
                                      Raleigh, NC 27601-1441
                                      Phone: 919-861-8698
                                      Executed On: July 21, 2021

### ORDER OF THE COURT

Considered and ordered this __22__ day of __July__, 2021, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge